MILLER ET AL., APPELLEES *v.* MOTORISTS MUTUAL
INSURANCE COMPANY ET AL., APPELLANTS.

[Cite as *Miller v. Motorists Mut. Ins. Co.,*
133 Ohio St.3d 525, 2012-Ohio-4959.]

(No. 2012–0053—Submitted October 23, 2012—Decided October 30, 2012.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

Rutter & Russin, L.L.C., and Robert P. Rutter, for appellees.

Day Ketterer, Ltd., Merle D. Evands III, and Kristen S. Moore, for appellants.

Davis & Young, David W. Orlandini, and Richard M. Garner, urging reversal on behalf of amicus curiae Ohio Association of Civil Trial Attorneys.

Rourke & Blumenthal, L.L.P., and Jonathan R. Stoudt, urging affirmance on behalf of amicus curiae Ohio Association for Justice.